UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church St.
New Haven
Chambers Room 303

October 21, 2003

10:00 A.M.

*[handwritten: Held 9:50 / 11:10 Am]*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF THEY UNABLE TO ATTEND THE CONFERENCE

3-02-cv-1675   (PCD) Compo v Metro North
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| George J. Cahill Jr. | Cahill & Goetsch, 43 Trumbull St., New Haven, CT 203-777-1000 |
| Charles A. Deluca | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Michael B. Flynn | Flynn & Associates, PC, 189 State St. Sixth Floor, Boston, MA 617-722-8253 |
| Robert O. Hickey | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Lori A. McCarthy | Flynn & Associates, PC, 189 State St. Sixth Floor, Boston, MA 617-722-8253 |
| Scott E. Perry | Cahill & Goetsch, 43 Trumbull St., New Haven, CT 203-777-1000 |
| Anthony D. Sutton | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| John E. Young IV | Flynn & Associates, PC, 189 State St. Sixth Floor, Boston, MA 617-722-8253 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK