IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD BOURT, JR. | 3:02 CV 191 (AVC) |
| v. | |
| METRO-NORTH RAILROAD CO. | DATE: JANUARY 9, 2004 |
| ROBERT HICKEY | 3:02 CV 1674 (CFD) |
| v. | |
| METRO-NORTH RAILROAD CO. | DATE: JANUARY 9, 2004 |
| SAMUEL COMPO | 3:02 CV 1675 (PCD) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: JANUARY 9, 2004 |
| RICHARD K. LASKEVITCH | 3:02 CV 1676 (GLG) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: JANUARY 9, 2004 |

| | |
|---|---|
| MICHAEL SELMONT | 3:02 CV 1677 (GLG) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: JANUARY 9, 2004 |

| | |
|---|---|
| ROBERT FUDA | 3:02 CV 1678 (RNC) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: JANUARY 9, 2004 |

| | |
|---|---|
| JOHN P. GEARY | 3:02 CV 1679 (WWE) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: JANUARY 9, 2004 |

| | |
|---|---|
| THOMAS KINIRY | 3:02 CV 1680 (JBA) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| JOHN RAGGI | : | 3:02 CV 1681 (GLG) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| EDWARD P. RUSSO | : | 3:02 CV 1682 (JCH) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| JAMES SCOFIELD | : | 3:02 CV 1683 (JCH) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| MILLARD J. SULLIVAN | : | 3:02 CV 1684 (JCH) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | |
|---|---|
| TIMOTHY SWEENEY | 3:02 CV 1872 (RNC) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: JANUARY 9, 2004 |

| | |
|---|---|
| ROBERT BLACK | 3:02 CV 1873 (AVC) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: JANUARY 9, 2004 |

| | |
|---|---|
| KARL KAUTZ | 3:02 CV 1874 (JBA) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: JANUARY 9, 2004 |

| | |
|---|---|
| ALFRED SCHUMACHER | 3:02 CV 1875 (AHN) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| FRANCIS E. BAKUTIS | : | 3:02 CV 1877 (MRK) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| CHARLES KANE | : | 3:02 CV 1878 (CFD) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| FREDERICK N. KOVAL | : | 3:02 CV 1879 (GLG) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| SIGISMONDO LoVERME | : | 3:02 CV 1880 (PCD) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| TIMOTHY STRAND | : | 3:02 CV 1883 (AWT) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| JAMES E. CAFFREY | : | 3:02 CV 1884 (CFD) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| NICKOLAS ATLAS | : | 3:02 CV 2029 (DJS) |
| v. | : | |
| METRO-NORTH RAILROAD CO. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| MICHAEL BETTINI | : | 3:02 CV 2030 (RNC) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| PAUL CIUZIO | : | 3:02 CV 2032 (JBA) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| RICHARD FANNING | : | 3:02 CV 2034 (SRU) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| THOMAS FARLEY | : | 3:02 CV 2035 (WWE) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| CALOGERO FARRUGGIO | : | 3:02 CV 2036 (CFD) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

--------------------------------------------------------------x

| | | |
|---|---|---|
| CLYDE GIBBS | : | 3:02 CV 2037 (WWE) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

--------------------------------------------------------------x

--------------------------------------------------------------x

| | | |
|---|---|---|
| THOMAS INFANTINO | : | 3:02 CV 2038 (GLG) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

--------------------------------------------------------------x

--------------------------------------------------------------x

| | | |
|---|---|---|
| ANTONIO SARTORI | : | 3:02 CV 2039 (PCD) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

--------------------------------------------------------------x

--------------------------------------------------------------x

| | | |
|---|---|---|
| LAWRENCE TRAMAGLINI | : | 3:02 CV 2040 (SRU) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

--------------------------------------------------------------x

| | | |
|---|---|---|
| JOSEPH WALZ | : | 3:02 CV 2041 (DJS) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| MAURICE BARRETT | : | 3:03 CV 180 (DJS) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| DAVID B. BETRIX | : | 3:03 CV 181 (WWE) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| THOMAS BYRNE, SR. | : | 3:03 CV 182 (CFD) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| FRANK A. DiLORENZO | : | 3:03 CV 183 (AWT) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| DENNIS INCONSTANTI | : | 3:03 CV 184 (JCH) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| JOHN F. JOHNSON, JR. | : | 3:03 CV 185 (GLG) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| JOHN J. MELILLO | : | 3:03 CV 186 (RNC) |
| v. | : | |
| METRO-NORTH RAILROAD CO. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| JERRY D. PATTERSON, SR. | : | 3:03 CV 187 (GLG) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| PEDRO S. RODRIGUEZ | : | 3:03 CV 188 (JBA) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| RICHARD STARR | : | 3:03 CV 189 (RNC) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| ROBERT WEST | : | 3:03 CV 190 (AWT) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

| | | |
|---|---|---|
| ROBERT F. WRIGHT | : | 3:03 CV 191 (RNC) |
| v. | : | |
| METRO-NORTH RAILROAD CO. ET AL. | : | DATE: JANUARY 9, 2004 |

RULING ON PLAINTIFFS' MOTIONS TO COMPEL METRO-NORTH

In late 2002 through early 2003, fifty-four lawsuits were filed under the FELA, regarding plaintiffs' hearing loss, allegedly caused by defendants.[1] These fifty-four lawsuits were all referred to this Magistrate Judge for discovery. (Bourt, 3:02 CV 191 (AVC), Dkt. #16 & 5/27/03 endorsement thereon).[2] Active discovery is now ongoing: by agreement of counsel, these lawsuits have been designated into four "batches," with the first two batches completing fact discovery by March 31, 2004 and completing expert discovery by June 30, 2004, and with the second two batches completing fact discovery by September 30, 2004 and completing expert discovery by December 31, 2004. (Bourt, 3:02 CV 191 (AVC), Dkt. #18, ¶¶ 1-2).

On November 21, 2003, plaintiffs filed the forty-five pending Motions to Compel Metro-North, with briefs in support.[3] Bourt, 3:02 CV 191 (AVC), Dkts. ##34-35; Hickey, 3:02 CV 1674 (CFD), Dkts. ##18-19; Compo, 3:02 CV 1675 (PCD), Dkts. ##30-31; Laskevitch, 3:02 CV 1676 (GLG), Dkts. ##27-28; Selmont, 3:02 CV 1677 (GLG), Dkts. ##29-30; Fuda, 3:02 CV 1678 (RNC), Dkts. ##31-32; Geary, 3:02 CV 1679 (WWE), Dkts. ##31-32; Kiniry, 3:02 CV 1680 (JBA), Dkts. ##40-41; Raggi, 3:02 CV 1681 (GLG), Dkts.

---

[1]Since then, five of the lawsuits have been withdrawn. Warley, 3:02 CV 978 (RNC); Wilson, 3:02 CV 1876 (DJS); Mackey, 3:02 CV 1881 (AWT); Murray, 3:02 CV 1882 (JBA); and Corban, 3:02 CV 2033 (PCD).

[2]For ease of reference, when discussing procedural matters beyond the pending motions or arguments made in all these motions and briefs, referral will be made solely to the docket numbers in the Bourt file.

[3]The following three exhibits were attached: copies of defendant Metro-North's Objections to Plaintiff's First Set of Interrogatories and defendant Metro-North's Objections to Plaintiff's First Set of Request for Documents, both dated March 3, 2003 (App. A); copy of correspondence between counsel, dated April 7, 2003 (App. B); and copy of letter, dated May 12, 2003, from Dr. Peter Rabinowitz to plaintiff's counsel (App. C).

##31-32; Russo, 3:02 CV 1682 (JCH), Dkts. ##31-32; Scofield, 3:02 CV 1683 (JCH), Dkts. ##32-33; Sullivan, 3:02 CV 1684 (JCH), Dkts. ##31-32; Sweeney, 3:02 CV 1872 (RNC), Dkts. ##32-33; Black, 3:02 CV 1873 (AVC), Dkts. ##29-30; Kautz, 3:02 CV 1874 (JBA), Dkts. ##33-34; Schumacher, 02 CV 1875 (AHN), Dkts. ##25-26; Bakutis, 3:02 CV 1877 (MRK), Dkts. ##31-32; Kane, 3:02 CV 1878 (CFD), Dkts. ##26-27; Koval, 3:02 CV 1879 (GLG), Dkts. ##25-26; LoVerme, 3:02 CV 1880 (PCD), Dkts. ##29-30; Strand, 3:02 CV 1883 (AWT), Dkts. ##26-27; Caffrey, 3:02 CV 1884 (CFD), Dkts. ##28-29; Atlas, 3:02 CV 2029 (DJS), Dkts. ##22-23; Bettini, 3:02 CV 2030 (RNC), Dkts. ##28-29; Ciuzio, 3:02 CV 2032 (JBA), Dkts. ##36-37; Fanning, 3:02 CV 2034 (SRU), Dkts. ##26-27; Farley, 3:02 CV 2035 (WWE), Dkts. ##25-26; Farruggio, 3:02 CV 2036 (CFD), Dkts. ##29-30; Gibbs, 3:02 CV 2037 (WWE), Dkts. ##26-27; Infantino, 3:02 CV 2038 (GLG), Dkts. ##25-26; Sartori, 3:02 CV 2039 (PCD), Dkts. ##30-31; Tramaglini, 3:02 CV 2040 (SRU), Dkts. ##26-27; Walz, 3:02 CV 2041 (DJS), Dkts. ##31-32; Barrett, 3:03 CV 180 (DJS), Dkts. ##28-29; Betrix, 3:03 CV 181 (WWE), Dkts. ##27-28; Byrne, 3:03 CV 182 (CFD), Dkts. ##22-23; DiLorenzo, 3:03 CV 183 (AWT), Dkts. ##25-26; Inconstanti, 3:03 CV 184 (MRK), Dkts. ##29-30; Johnson, 3:03 CV 185 (GLG), Dkts. ##26-27; Melillo, 3:03 CV 186 (RNC), Dkts. ##20-21; Patterson, 3:03 CV 187 (GLG), Dkts. ##22-23; Rodriguez, 3:03 CV 188 (JBA), Dkts. ##28-29; Starr, 3:03 CV 189 (RNC), Dkts. ##26-27; West, 3:03 CV 190 (AWT), Dkts. ##28-29; Wright, 3:03 CV 191 (RNC), Dkts. ##29-30.

Surprisingly enough, defendant Metro-North has failed to file timely briefs in opposition to these motions. Accordingly, if the parties have not already resolved these discovery disputes between themselves, plaintiffs' motions are hereby granted, and defendant Metro-North shall respond **on or before January 23, 2004**.

Accordingly, for the reasons stated above, plaintiffs' Motions to Compel Metro-

North, Bourt, 3:02 CV 191 (AVC), Dkt. #34; Hickey, 3:02 CV 1674 (CFD), Dkt. #18; Compo, 3:02 CV 1675 (PCD), Dkt. #30; Laskevitch, 3:02 CV 1676 (GLG), Dkt. #27; Selmont, 3:02 CV 1677 (GLG), Dkt. #29; Fuda, 3:02 CV 1678 (RNC), Dkt. #31; Geary, 3:02 CV 1679 (WWE), Dkt. #31; Kiniry, 3:02 CV 1680 (JBA), Dkt. #40; Raggi, 3:02 CV 1681 (GLG), Dkt. #31; Russo, 3:02 CV 1682 (JCH), Dkt. #31; Scofield, 3:02 CV 1683 (JCH), Dkt. #32; Sullivan, 3:02 CV 1684 (JCH), Dkt. #31; Sweeney, 3:02 CV 1872 (RNC), Dkt. #32; Black, 3:02 CV 1873 (AVC), Dkt. #29; Kautz, 3:02 CV 1874 (JBA), Dkt. #33; Schumacher, 02 CV 1875 (AHN), Dkt. #25; Bakutis, 3:02 CV 1877 (MRK), Dkt. #31; Kane, 3:02 CV 1878 (CFD), Dkt. #26; Koval, 3:02 CV 1879 (GLG), Dkt. #25; LoVerme, 3:02 CV 1880 (PCD), Dkt. #29; Strand, 3:02 CV 1883 (AWT), Dkt. #26; Caffrey, 3:02 CV 1884 (CFD), Dkt. #28; Atlas, 3:02 CV 2029 (DJS), Dkt. #22; Bettini, 3:02 CV 2030 (RNC), Dkt. #28; Ciuzio, 3:02 CV 2032 (JBA), Dkt. #36; Fanning, 3:02 CV 2034 (SRU), Dkt. #26; Farley, 3:02 CV 2035 (WWE), Dkt. #25; Farruggio, 3:02 CV 2036 (CFD), Dkt. #29; Gibbs, 3:02 CV 2037 (WWE), Dkt. #26; Infantino, 3:02 CV 2038 (GLG), Dkt. #25; Sartori, 3:02 CV 2039 (PCD), Dkt. #30; Tramaglini, 3:02 CV 2040 (SRU), Dkt. #26; Walz, 3:02 CV 2041 (DJS), Dkt. #31; Barrett, 3:03 CV 180 (DJS), Dkt. #28; Betrix, 3:03 CV 181 (WWE), Dkt. #27; Byrne, 3:03 CV 182 (CFD), Dkt. #22; DiLorenzo, 3:03 CV 183 (AWT), Dkt. #25; Inconstanti, 3:03 CV 184 (MRK), Dkt. #29; Johnson, 3:03 CV 185 (GLG), Dkt. #26; Melillo, 3:03 CV 186 (RNC), Dkt. #20; Patterson, 3:03 CV 187 (GLG), Dkt. #22; Rodriguez, 3:03 CV 188 (JBA), Dkt. #28; Starr, 3:03 CV 189 (RNC), Dkt. #26; West, 3:03 CV 190 (AWT), Dkt. #28; Wright, 3:03 CV 191 (RNC), Dkt. #29, are granted.

______This is not a Recommended Ruling but a Ruling on discovery, the standard of review of which is specified in 28 U.S.C. § 636; Fed. R. Civ. P. 6(a), 6(e) & 72; and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the

Court unless reversed or modified by the District Judge upon timely made objection.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten days after service of same);** FED. R. CIV. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United States Magistrate Judges, United States District Court for the Dis2rict of Connecticut; Small v. Secretary, H&HS, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).**

Dated at New Haven, Connecticut, this 9th day of January, 2004.

/s/
Joan Glazer Margolis
United States Magistrate Judge