UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

――――――――――――――――――X

SAMUEL J. COMPO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, and
CONSOLIDATED RAIL CORPORATION

    Defendants

――――――――――――――――――X

CIVIL ACTION

NO. 3:02CV1675 (PCD)

MARCH 2, 2004

FILED

## MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iii), 30 (d)(4), 26(b) and (c), the plaintiff hereby moves to quash Conrail's February 12, 2004 dated subpoena and moves for a protective order preventing the deposition of his wife, Colleen Compo. In support hereof, the plaintiff states the following:

    1. The marital communication privilege precludes Mrs. Compo from having to testify about any communications with her husband.

    2. The anti-marital facts privilege enables Mr. Compo to prevent his wife from testifying.

    3. The deposition is only being conducted to annoy, embarrass, and harass Mrs. and Mr. Compo.

**ORAL ARGUMENT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

4. This lawsuit does not involve a claim for loss of consortium. Mrs. Compo is not listed as a witness by any party and the plaintiff will not be calling her as a witness at trial.

For the foregoing reasons, and the reasons set forth in the accompanying Memorandum of Law filed herewith, the Court should quash Conrail's February 12, 2004 dated subpoena and enter a protective order preventing his wife's deposition.

Respectfully submitted,

FOR THE PLAINTIFF,

By _____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on this 2nd day of March, 2004 to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry