UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------X

SAMUEL J. COMPO,  :  CIVIL ACTION

    Plaintiff  :  NO. 3:02CV1675 (PCD)

VS.

METRO-NORTH RAILROAD COMPANY, and
CONSOLIDATED RAIL CORPORATION

    Defendants  :  MARCH 2, 2004

---------------------------------X

## COLLEEN COMPO'S MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iii), 30 (d)(4), 26(b) and (c), Colleen Compo hereby moves to quash Conrail's February 12, 2004 dated subpoena and moves for a protective order preventing her deposition. In support hereof, Mrs. Compo states the following:

1. The marital communication privilege precludes Mrs. Compo from having to testify about any communications with her husband.

2. The anti-marital facts privilege enables Mrs. Compo to decline to testify against her husband.

3. The deposition is only being conducted to annoy, embarrass, and harass Mrs. Compo.

**ORAL ARGUMENT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

4. Mrs. Compo is a not a party to this lawsuit and has no intention of testifying at trial.

For the foregoing reasons, and the reasons set forth in the accompanying Memorandum of Law filed herewith, the Court should quash Conrail's February 12, 2004 dated subpoena and enter a protective order preventing Mrs. Compo's deposition.

Respectfully submitted,

FOR COLLEEN COMPO,

By _____
Scott E. Perry ct17236
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on this 2ND day of March, 2004 to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

Scott E. Perry