UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------------X

| | |
|---|---|
| SAMUEL J. COMPO, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV1675 (PCD) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, and CONSOLIDATED RAIL CORPORATION | |
| Defendants | MARCH 2, 2004 |

---------------------------------------------------------X

### MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iii), 30 (d)(4), 26(b) and (c), the plaintiff hereby moves to quash Conrail's February 12, 2004 dated subpoena and moves for a protective order preventing the deposition of his wife, Colleen Compo. In support hereof, the plaintiff states the following:

1. The marital communication privilege precludes Mrs. Compo from having to testify about any communications with her husband.

2. The anti-marital facts privilege enables Mr. Compo to prevent his wife from testifying.

3. The deposition is only being conducted to annoy, embarrass, and harass Mrs. and Mr. Compo.

**ORAL ARGUMENT REQUESTED.**
**TESTIMONY NOT REQUIRED.**