54

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

―――――――――――――――――X

SAMUEL J. COMPO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, and
CONSOLIDATED RAIL CORPORATION

    Defendants
―――――――――――――――――X

CIVIL ACTION

NO. 3:02CV1675 (PCD)

MARCH 2, 2004

### COLLEEN COMPO'S MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iii), 30 (d)(4), 26(b) and (c), Colleen Compo hereby moves to quash Conrail's February 12, 2004 dated subpoena and moves for a protective order preventing her deposition. In support hereof, Mrs. Compo states the following:

1. The marital communication privilege precludes Mrs. Compo from having to testify about any communications with her husband.

2. The anti-marital facts privilege enables Mrs. Compo to decline to testify against her husband.

3. The deposition is only being conducted to annoy, embarrass, and harass Mrs. Compo.

ORAL ARGUMENT REQUESTED.
TESTIMONY NOT REQUIRED.