UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

―――――――――――――――――――――X

| | |
|---|---|
| SAMUEL J. COMPO, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV1675 (PCD) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, and CONSOLIDATED RAIL CORPORATION | |
| Defendants | MARCH 11, 2004 |

―――――――――――――――――――――X

### NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO QUASH AND COLLEEN COMPO'S MOTION TO QUASH

The plaintiff Samuel Compo and his wife Colleen Compo, hereby withdraw their Motions To Quash dated March 2, 2004, since Conrail agreed to withdraw its subpoena.

Respectfully submitted,

FOR THE PLAINTIFF,

By_____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was faxed and mailed, first class mail, postage prepaid, on this 11th day of March, 2004 to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry