UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL COMPO | : | |
| | : | |
| PLAINTIFF, | : | CIVIL ACTION NO. 3:02 CV 1675 (PCD) |
| | : | |
| V. | : | |
| | : | |
| METRO-NORTH RAILROAD COMPANY, | : | FELA HEARING LOSS CASE - MAY BE |
| CONSOLIDATED RAIL CORPORATION | : | FILED IN NEW HAVEN AS ORDERED BY |
| and AMERICAN FINANCIAL GROUP, | : | MAGISTRATE JUDGE MARGOLIS |
| INC., f/k/a AMERICAN PREMIER | : | |
| UNDERWRITERS, INC., f/k/a PENN | : | |
| CENTRAL CORPORATION | : | |
| | : | |
| DEFENDANTS. | : | MAY 19, 2004 |

**MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES**

The undersigned defendant, Metro North R.R. Co., with the consent and agreement of the plaintiff, hereby moves this court for a 30-day extension of time of certain remaining scheduling order deadlines for the first two "batches" of hearing loss cases, as contained in this Court's Memorandum of Status Conference dated July 17, 2003.

Specifically, the defendant seeks to (1) extend the deadline for deposing the plaintiff's expert(s) one month, up to and including June 30, 2004, (2) extend the deadline for disclosing the defendant's expert reports one month, up to and including June 30, 2004, and (3) extend the deadline for deposing the defendant's expert(s) one month, up to and including July 30, 2004.

Counsel for the plaintiff has been contacted regarding this motion, and as noted above, he has no objection to the instant motion.

Respectfully submitted,

                            THE DEFENDANT,
                            METRO-NORTH RAILROAD COMPANY

By: _____
     Anthony D. Sutton, Esq., (CT 20607)
     Ryan, Ryan, Johnson & Deluca, LLP
     80 Fourth Street, P.O. Box 3057
     Stamford, CT  06905
     Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

George J. Cahill, Jr., Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Samuel Compo

_____
Anthony D. Sutton, Esq.

I:\Procases\205.127\extenddeadlines.wpd
205.127

- 3 -