IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
                                                         :
ROBERT BOURT                                             :    3:02 CV 191(AVC)
                                                         :
                                                         :
v.                                                       :
                                                         :
                                                         :
METRO-NORTH RAILROAD CO. ET AL.                          :    DATE: MAY 26, 2004
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
ROBERT W. HICKEY                                         :    3:02 CV 1674 (CFD)
                                                         :
                                                         :
v.                                                       :
                                                         :
                                                         :
METRO-NORTH RAILROAD CO. ET AL.                          :    DATE: MAY 26, 2004
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
SAMUEL COMPO                                             :    3:02 CV 1675 (PCD)
                                                         :
                                                         :
v.                                                       :
                                                         :
                                                         :
METRO-NORTH RAILROAD CO. ET AL.                          :    DATE: MAY 26, 2004
                                                         :
---------------------------------------------------------x
---------------------------------------------------------x
                                                         :
RICHARD J. LASKEVITCH                                    :    3:02 CV 1676 (GLG)
                                                         :
                                                         :
v.                                                       :
                                                         :
                                                         :
METRO-NORTH RAILROAD CO. ET AL.                          :    DATE: MAY 26, 2004
                                                         :
---------------------------------------------------------x

```
-----------------------------------------------------------x
                                                           :
MICHAEL SELMONT                                            :    3:02 CV 1677 (GLG)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MAY 26, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
ROBERT FUDA                                                :    3:02 CV 1678 (RNC)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MAY 26, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
JOHN P. GEARY                                              :    3:02 CV 1679 (WWE)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MAY 26, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
THOMAS KINIRY                                              :    3:02 CV 1680 (JBA)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MAY 26, 2004
                                                           :
-----------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
JOHN RAGGI                                           :    3:02 CV 1681 (GLG)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
EDWARD P. RUSSO                                      :    3:02 CV 1682 (JCH)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
JAMES SCOFIELD                                       :    3:02 CV 1683 (JCH)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
MILLARD J. SULLIVAN                                  :    3:02 CV 1684 (JCH)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
ROBERT BLACK                                         :   3:02 CV 1873 (AVC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
ALFRED SCHUMACHER                                    :   3:02 CV 1875 (AHN)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
FRANCIS E. BAKUTIS                                   :   3:02 CV 1877 (MRK)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
CHARLES KANE                                         :   3:02 CV 1878 (CFD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
SIGISMONDO LoVERME                                   :    3:02 CV 1880 (PCD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
TIMOTHY STRAND                                       :    3:02 CV 1883 (AWT)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
JAMES E. CAFFREY                                     :    3:02 CV 1884 (CFD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: MAY 26, 2004
                                                     :
-----------------------------------------------------x
```

RULING ON DEFENDANT METRO NORTH'S MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, Metro North's Motion for Extension of Scheduling Order Deadlines, Bourt, 3:02 CV 191 (AVC), Dkt. #37; Hickey, 3:02 CV 1674 (CFD), Dkt. #22; Compo, 3:02 CV 1675 (PCD), Dkt. #67; Laskevitch, 3:02 CV 1676 (GLG), Dkt. #67; Selmont, 3:02 CV 1677 (GLG), Dkt. #58; Fuda, 3:02 CV 1678 (RNC), Dkt. #60; Geary, 3:02 CV 1679 (WWE), Dkt. #60; Kiniry, 3:02 CV 1680 (JBA), Dkt. #76; Raggi, 3:02 CV 1681 (GLG), Dkt. #60; Russo, 3:02 CV 1682 (JCH), Dkt. #61; Scofield, 3:02 CV 1683 (JCH), Dkt. #67; Sullivan, 3:02 CV 1684 (JCH), Dkt. #60; Black, 3:02 CV 1873 (AVC), Dkt. #58; Schumacher, 3:02 CV 1875 (AHN), Dkt. #54; Bakutis, 3:02 CV 1877 (MRK), Dkt. #61; Kane, 3:02 CV 1878 (CFD), Dkt. #56; LoVerme, 3:02 CV 1880 (PCD), Dkt. #60; Strand, 3:02 CV 1883 (AWT), Dkt. #53; and Caffrey, 3:02 CV 1884 (CFD), Dkt. #58, are hereby granted such that plaintiffs' expert(s) shall be deposed **on or before June 30, 2004,** defendant shall disclose its expert(s) **on or before June 30, 2004**, and defendant's expert(s) shall be deposed **on or before July 30, 2004**.

Dated at New Haven, Connecticut, this 26th day of May, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge