# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMUEL J. COMPO | : | |
| | : | |
| vs. | : | CIVIL NO. 3:02CV1675 (PCD) |
| | : | |
| METRO NORTH RAILROAD CO., ET AL. | : | |
| | : | |
| | : | |

## ORDER

The Trial Preparation Order issued by this Court on September 9, 2004 [doc. no. 71], is hereby **VACATED.**

Dated at New Haven, Connecticut:  September 16, 2004.


                                /s/
                        Peter C. Dorsey, Senior Judge
                        United States District Court