UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Samuel J. Compo

V.                                                  Case Number:        3:02cv1675 (PCD)

Metro North Railroad Co.

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 11/18/05 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within sixty (60) days thereafter.

Accordingly, an order of dismissal will be entered on January 18, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, November 21, 2005.


                KEVIN F. ROWE, CLERK

                By: /s/_____
                      Patricia A. Villano
                      Deputy Clerk